UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ABDUL HAKIM ALI, | ) | CASE NO. 1:14 CV 1787 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | JUDGMENT ENTRY |
| STATE OF OHIO, et al., | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE